Charles M. Walker
U.S. Bankruptcy Judge
Dated: 7/9/2019



IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) ) ) CHRISTOPHER ROBERTS KELLY, ) ) Debtor. ) ) MICHELE SEXTON and ) BRANT GAMBLE, ) derivatively on behalf of Legacy Physician ) Partners, LLC, ) ) MICHELE SEXTON, ) in her individual capacity, ) ) and ) ) BRANT GAMBLE, ) in his individual capacity, ) ) Plaintiffs, ) ) vs. ) ) CHRISTOPHER ROBERTS KELLY, ) ) Defendant. ) ) | Chapter 11 Proceeding Case No. 318-07868 Charles M. Walker, Judge          Adv. Pro. No. 19-ap-90043 |

### ORDER GRANTING DEBTOR'S MOTION TO APPROVE
### SETTLEMENT OF CLAIMS PURSUANT TO F.R.B.P. 9019

Upon Motion of the Debtor to approve settlement of claims pursuant to F.R.B.P. 9019 based on the settlement attached to the Motion seeking approval of said settlement and Notice thereon having been filed with this Court and served upon all creditors and parties-in-interest on May 31,

2019; there having been no written Objections filed with the Clerk of Court within twenty (20) days of Notice, pursuant to LBR 9013-1 and F.R.B.P. 9019; and, upon the entire record herein, the Court finds that said Motion is well taken, and

It is hereby **ORDERED** that the Motion of the Debtor to approve settlement of claims pursuant to F.R.B.P. 9019 is granted.

<u>**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**</u>

APPROVED FOR ENTRY:

LEFKOVITZ & LEFKOVITZ, PLLC

**<u>/S/ STEVEN L. LEFKOVITZ</u>**
Steven L. Lefkovitz, No. 5953
Attorney for Debtor
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone: (615) 256-8300
Fax: (615) 255-4516
Email: slefkovitz@lefkovitz.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:19-ap-90043    Doc 11    Filed 07/09/19    Entered 07/09/19 13:00:07    Desc Main
Document    Page 2 of 2